NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ROBERT D. YEAGER

---

2012-1667
(Serial No. 12/218,144)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Robert D. Yeager moves without opposition for a 90-day extension of time to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Yeager's principal brief is due on or before February 19, 2013.

IN RE ROBERT YEAGER                                                         2

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s27